UNITED STATES DISTRICT COURT
FILED
AUG 13 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CHRISTOPHER RANKIN,

Defendant.

26-~~CR~~-MJ-5234

**INFORMATION**
(Title 18, United States Code, Sections 1030(a)(5)(C) and 1030(c)(4)(G))

**COUNT 1**

**The United States Attorney Charges That:**

Between on or about the August 23, 2021, and September 16, 2021, in the Western District of New York, and elsewhere, the defendant, CHRISTOPHER RANKIN, intentionally accessed a protected computer without authorization, and as a result of such conduct, caused damage.

**All in violation of Title 18, United States Code, Sections 1030(a)(5)(C) and 1030(c)(4)(G).**

DATED: Buffalo, New York, August 13, 2026

MICHAEL DIGIACOMO
United States Attorney

BY: [signature]

CHARLES M. KRULY
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716-843-5838
Charles.Kruly@usdoj.gov